UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-0910 TLN AC P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| S. VANCE, et al., | |
| Defendants. | |

Plaintiff has filed a motion seeking an order declaring defendants vexatious litigants. ECF No. 31. The motion is denied in full.

Plaintiff is reminded that his objections to the March 31, 2016, findings and recommendations must be filed by June 15, 2016, and that he will not be granted any further extensions of that deadline.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to declare defendants vexatious litigants (ECF No. 31) is denied in full.

DATED: June 2, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE